No. 94–1535. COUNCIL, TRUSTEE FOR JBS CONTRACTING, INC. *v.* ANJO CONSTRUCTION CO. Super. Ct. Pa. Certiorari denied.

No. 94–1536. CLARKE ET AL. *v.* CITY OF CINCINNATI ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1539. MORRIS *v.* CITY OF HOBART. C. A. 10th Cir. Certiorari denied.

No. 94–1542. MEARS TRANSPORTATION GROUP, INC., ET AL. *v.* DICKINSON, EXECUTIVE DIRECTOR, FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES. C. A. 11th Cir. Certiorari denied.

No. 94–1543. WARREN *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 94–1545. NORTH GEORGIA ELECTRIC MEMBERSHIP CORP. *v.* CITY OF CALHOUN. Sup. Ct. Ga. Certiorari denied.

No. 94–1546. SASSOWER *v.* MANGANO ET AL. Ct. App. N. Y. Certiorari denied.

No. 94–1548. LIBERTY SEAFOOD, INC. *v.* HERNDON MARINE PRODUCTS, INC. C. A. 5th Cir. Certiorari denied.

No. 94–1549. GLEASON *v.* WELBORN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1552. SPIEGEL ET AL. *v.* GOODMAN ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 94–1553. SCARNATI *v.* OHIO DEPARTMENT OF MENTAL HEALTH. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 94–1555. LENOX HILL HOSPITAL *v.* MANOCHERIAN ET AL.; and
No. 94–1560. NEW YORK *v.* MANOCHERIAN ET AL. Ct. App. N. Y. Certiorari denied.